IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-1720-MDB

JANE DOE.

    Plaintiff,

v.

JOSEPH G. TYSK,

    Defendant.

---

**DEFENDANT-COUNTERCLAIM PLAINITFF'S
UNOPPOSED MOTION TO SEAL**

---

Defendant-Counterclaim Plaintiff, Joseph G. Tysk ("Defendant") by and through his counsel Robinson & Henry, PC hereby submits this Unopposed Motion to Seal, and states as follows:

### Certificate of Conferral

1. Undersigned counsel conferred with counsel for Plaintiff-Counterclaim Defendant Jane Doe ("Plaintiff") prior to filing this Motion. The relief requested is unopposed.

### PROCEDURAL HISTORY

2. Plaintiff filed her Complaint on June 20, 2024 (ECF No. 1).

3. On July 12, 2024, Plaintiff filed an Unopposed Motion for Leave to Proceed Under a Pseudonym (ECF No. 9) and Brief (ECF No. 10) requesting redaction of identifying characteristics of Plaintiff, which the Court granted on August 5, 2024 (ECF No. 12).

4. Defendant filed his first Answer and Counterclaims on July 31, 2024 (ECF No. 11).

5. On September 12, 2024, the parties jointly requested the entry of a Protective Order (ECF No. 23), requesting that Plaintiff's identity and identifying information, including address, date of birth, telephone number, and other identifying information be treated as confidential, among other provisions.

6. Defendant filed his First Amended Answer and Counterclaims September 13, 2024 (ECF No. 25).

7. On September 25, 2024, this Court granted the Motion for Protective Order (ECF No. 28) entering the Protective Order (ECF No. 29) into this case.

8. Defendant has been made aware that certain identifying information of Plaintiff is present in his Answer and Counterclaims (ECF No. 11) and First Amended Answer and Counterclaims (ECF No. 25), and hereby requests that these documents be sealed and marked as confidential in accordance with the terms of the Protective Order.

9. Specifically, Defendant's Answer and Counterclaims and Amended Answer and Counterclaims includes the address of the marital home as well as the family court case number.

10. As such, Defendant respectfully requests that these documents be sealed and marked as confidential in order to bring them into compliance with the Protective Order in place in this case.

11. Pursuant to D.C.COLO.LCivR 7.2(c), motions to restrict must address the following factors: (1) identify the document or the proceeding for which restriction is sought; (2) address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction); (3) identify a clearly defined and serious injury that would result if access is not restricted; (4) explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits); and (5) identify the restriction level sought. D.C.COLO.LCivR 7.2(c).

12. D.C.COLO.LCivR 7.2(b) states in relevant part as follows:

> Levels of Restriction. There are three levels of restriction. Level 1 limits access to the parties and the court. Level 2 limits access to the filing party and the court. Level 3 limits access to the court.

13. Whether judicial records should be sealed is left to the discretion of the trial court. *See Riker v. Fed. Bureau of Prisons*, 315 F. App'x 752, 754 (10th Cir. 2009).

14. Defendant seeks the entry of an Order to Seal-Level 1 the following documents:

   a. Defendant's Verified Answer and Counterclaim (ECF No. 11); and

   b. Defendants First Amended Answer and Verified Counterclaim (ECF No. 25).

15. Defendant's Answer and Counterclaim and First Amended Answer and Counterclaim includes information regarding the Plaintiff's current home address as well as the case number for which divorce proceedings between the Parties are underway.

16. In accordance with the Protective Order and the order permitting Plaintiff to proceed under a pseudonym, the Plaintiff's address is considered confidential information.

17. Similarly, the domestic relations case between the Parties contains numerous documents which include Plaintiff's name, address, telephone number, and the identities of her family members, which constitute confidential information

under the Protective Order.

18. Given the sensitive nature of the claims and allegations in the present lawsuit, Plaintiff's identity and identifying information is highly sensitive information warranting the protections of this Court.

19. Because these documents have already been filed and are part of the public record of this case, Defendant cannot retroactively redact this information and there is therefore no alternative remedy to restriction that will adequately maintain this information as confidential pursuant to the Protective Order and the interests of the Plaintiff.

20. Because these documents contain identifying information and potentially identifying information which could be accessed through public records, Defendant hereby requests that his Answer and Counterclaims and First Amended Answer and Counterclaims be sealed at Level 1 to preserve the Plaintiff's identity and identifying information in accordance with the Protective Order.

**WHEREFORE**, Defendant respectfully requests that this Court grant this Unopposed Motion to Seal and enter an Order to Seal – Level 1 Defendant's Answer and Counterclaims (ECF No. 11) and First Amended Answer and Counterclaims (ECF No. 25).

DATED this 11th day of October, 2024.

**ROBINSON & HENRY, PC**

*/s/ Andrew B. Lintner*
Andrew B. Lintner
Robinson & Henry, P.C.
8000 S Chester St, #125
Centennial, CO 80112
Phone: 303.688.0644
andrew.lintner@robinsonandhenry.com
bruce.rands@robinsonandhenry.com

<u>**CERTIFICATE OF SERVICE**</u>

I, hereby certify that a true and correct copy of the above and foregoing **DEFENDANT-COUNTERCLAIM PLAINITFF'S UNOPPOSED MOTION TO SEAL** was filed and served electronically via CM/ECF on this 11th day of October 2024, to the following:

**ALM Law, LLC**
*Allison Mahoney (CO Bar No. 57677)*
Mailing Address: PO Box 5520
Snowmass Village, CO 8
1615 Street Address:
220 W. Main Street, Ste. 101
Aspen, CO 81611
E-mail: allison@almlawllc.com
Attorney for Plaintiff

**ROBINSON & HENRY, P.C.**

By: */s/ Heather Jacobson*
Heather Jacobson, Paralegal
Robinson & Henry, P.C.
2 North Cascade Avenue, Suite 1000
Colorado Springs, CO 80903
Phone: 303.688.0644
Fax: 303.284.2942
heather.jacobson@robinsonandhenry.com