IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:24-CV-1720-RMR-MDB

JANE DOE,

    Plaintiff,

v.

JOSEPH G. TYSK,

    Defendant.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' STIPULATION FOR DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: January 31, 2025.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge